# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of May, two thousand and nineteen.

Before: Robert A. Katzmann,
*Chief Judge,*
Christopher F. Droney,
Richard J. Sullivan,
*Circuit Judges.*

---

Asher Baruch Landau, Et Al.,[1]

Petitioners-Appellees,

v.

Baruch Eisenberg,

Respondent-Appellant,

v.

Zvi Arye Rheinold, et al.,

Respondents-Appellees,

Yakov Berger, et al.,

Respondents.

---

**JUDGMENT**

Docket No. 17-3963

The appeal in the above captioned case from a judgment of the United States District Court for the Eastern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court**:**

Catherine O'Hagan Wolfe,
Clerk of Court

---

[1] For brevity's sake, we have omitted the numerous other parties to this appeal from this caption.